■ GRANT AIRMASS CORP., Respondent, v SOLIDYNE, INC., Appellant.—In an action to recover damages for breach of contract, defendant appeals from so much of an order of the Supreme Court, Suffolk County, dated May 5, 1977, as denied its motion to permanently stay arbitration. Order affirmed

---

defendant as collateral and to declare them to be mortgages and can use such proceeding as a defense to any eviction proceeding brought against them with respect to those properties since a deed given to secure a debt is a mortgage and the parties to such a transaction are subject only to the rights of mortgagor and mortgagee (see *Mooney v Byrne,* 163 NY 86). Thus defendant does not have absolute title to the properties.

insofar as appealed from, with $50 costs and disbursements. In view of the binding arbitration agreement entered into by the parties, the issues should be resolved in that forum. Since defendant-appellant's motion to stay the plaintiff-respondent's action at law was granted, it cannot foreclose all avenues of relief to plaintiff by attempting to also bar arbitration. Martuscello, J. P., Titone, Suozzi and Cohalan, JJ., concur.